# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3079
_____

MICHAEL W. CORN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

February 28, 2018

PER CURIAM.

Upon consideration of Appellant's response to the Court's order of December 18, 2017, the Court has determined that the order on appeal is not a final, appealable order. *See* Fla. R. Crim. P. 3.850(f)(2); *Young v. State*, 66 So. 3d 1076 (Fla. 1st DCA 2011). Accordingly, the appeal is dismissed.

WETHERELL, ROWE, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.